USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
The District Council of New York City and Vicinity :
of the United Brotherhood of Carpenters and :
Joiners of America, :
                      Petitioner, :
:
        -against- :
:
Infinity Management Corp., Tash Management :
Corp., :
:
                      Respondents. :
                                       X
-----------------------------------------------------------------

1:19-cv-10654-GHW

ORDER

GREGORY H. WOODS, District Judge:

      On November 18, 2019, Petitioner, the District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America, filed a petition to confirm an arbitration award. Dkt. No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which it intends to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than December 4, 2019. Respondents' opposition is due by December 25, 2019. Petitioner's reply, if any, is due by January 8, 2020.

      Petitioner is directed to serve the petition and supporting materials upon respondent by November 27, 2019 and to file an affidavit of such service with the Court by December 1, 2019.

      SO ORDERED.

Dated: November 20, 2019  
New York, New York

                                              _____  
                                                GREGORY H. WOODS  
                                               United States District Judge