**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THE DISTRICT COUNCIL OF NEW YORK
CITY AND VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA,

                 Petitioner,

-against-

INFINITY MANAGEMENT CORP. and
TASH MANAGEMENT CORP.,
                 Respondents.
-----------------------------------------------------------X

19 CIVIL 10654 (GHW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 3, 2020, the award is confirmed and judgment is entered in favor of Petitioner and against Respondents in the amount of $53,336.83—which consists of the arbitration award of $21,736.83 in wage payments, $25,00 in contractual penalties, and $6,600 in arbitrator's fees—plus prejudgment interest on the arbitration award at the rate of 9% per annum from the date of the award (November 15, 2019) to the date of Judgment in the amount of $439.50, for a total sum of $53,776.33. Post-judgment interest will accrue pursuant to 28 U.S.C. § 1961.

**Dated:** New York, New York
          February 5, 2020

                                        RUBY J. KRAJICK
                                        Clerk of Court
                          BY:
                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/5/2020